THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EUGENE BREE, Appellant.

(Submitted October 5, 1928; decided October 23, 1928.)

*Reuben L. Haskell* and *David F. Price* for appellant.

*Elvin N. Edwards, District Attorney* (*Philip Huntington* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.